ORIGINAL

Yao.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | **ILLEGAL REENTRY** |
| XIAN LONG YAO, | ) | [6 U.S.C. §§ 202(3), 202(4) & 557, |
| Defendant. | ) | and 8 U.S.C. § 1326 (a)(1) |

THE GRAND JURY CHARGES:

On about August 24, 2005, in the District of Guam, the defendant herein XIAN LONG YAO, an alien, did unlawfully and intentionally enter the United States after having been removed and deported from the United States on or about July 25, 2002, at Agana, Guam, and that prior to his re-embarkation from a place outside the United States, the defendant knew he had not received the consent of the Attorney General of the United States to reapply for

//

//

//

admission and to enter the United States, in violation of Title 6, United States Code, §§ 202(3), 202(4) & 557, and Title 8, United States Code, §§ 1326(a)(1).

DATED this 25th day of April, 2007.

A TRUE BILL.

Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07 - 00043**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name _____Xian Long Yao_____

Allisas Name _____

Address _____

Birth date _XX/XX/1966_  SS# _XXX-XX-4198_  Sex _M_  Race _A_  Nationality _Chinese_

**U.S. Attorney Information:**

AUSA _Karon V. Johnson_

Interpreter: ___ No _X_ Yes       List language and/or dialect: _Mandarin Chinese_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty   ___ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 6 U.S.C. §§ 202(3), 202(4) & 557, and 8 U.S.C. § 1326(a)(1) | ILLEGAL REENTRY | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: _4/25/07_   Signature of AUSA: _Karon V Johnson_