JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
XIAN LONG YAO

**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2007 *nbo*

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00043 |
| | ) |
| Plaintiff, | ) NOTICE OF MOTION; MOTION TO |
| | ) WITHDRAW AS COUNSEL; |
| vs. | ) MEMORANDUM OF LAW; |
| | ) DECLARATION OF COUNSEL; |
| XIAN LONG YAO, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the defendant, XIAN LONG YAO, through counsel, John T. Gorman,

Federal Public Defender, and moves this Honorable Court to permit the Office of the Federal Public

Defender to withdraw from representation of XIAN LONG YAO because of a conflict with a current

client of the Office of the Federal Public Defender. This motion is based upon the attached

Memorandum of Law and the Declaration of Counsel.

## MEMORANDUM OF LAW

The American Bar Association Model Rules of Professional Conduct (ABA MRPC),

provide that a lawyer shall not reveal confidential information relating to the representation of a

client unless the client consents. Rule 1.6, ABA MRPC. The Model Rules also provide that a lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client. Rule 1.7(b) ABA MRPC.

The government has provided discovery for this case which indicates that Xiao Feng Lin may be a key witness against Mr. Yao at trial. Mr. Lin is represented by the Office of The Federal Public Defender in U.S. District Court case number, CR 05-00065. Thus, the Office of Federal Public Defender's ethically mandated zealous defense of Mr. Yao may be compromised and called into question by the fact that a key government against Mr. Yao is represented by our office. The Office of the Federal Public Defender can not continue to represent Mr. Yao.

DATED: Mongmong, Guam, May 9, 2007.

JOHN T. GORMAN
Attorney for Defendant
XIAN LONG YAO

2

## DECLARATION OF COUNSEL

I, JOHN T. GORMAN, hereby declare as follows:

1. That I am counsel for defendant, XIAN LONG YAO, having been appointed pursuant to the Criminal Justice Act on April 26, 2007.

2. That Mr. Xiao Feng Lin is represented by the Office of The Federal Public Defender in U.S. District Court case number, CR 05-00065.

3. That the government has provided discovery for this case which indicates that Mr. Lin may be a key witness against Mr. Yao at trial.

4. That the Office of Federal Public Defender's ethically mandated zealous defense of Mr. Yao may be seriously compromised and called into question by the fact that a key government witness against Mr. Yao is a client of our office

5. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, May 9, 2007.

JOHN T. GORMAN
Attorney for Defendant
XIAN LONG YAO

3

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on May 9, 2007:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, May 9, 2007.

for _____
RENATE A. DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
XIAN LONG YAO