JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
XIAN LONG YAO

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00043 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER PERMITTING WITHDRAWAL |
| | ) | AND APPOINTING NEW COUNSEL |
| XIAN LONG YAO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, The Office of the Federal Public Defender, is granted leave to withdraw as court-appointed counsel of record for the above-named, Defendant, Xian Long Yao.

IT IS HEREBY ORDERED that William L. Gavras is hereby appointed counsel for the Defendant.



**/s/ Joaquin V.E. Manibusan, Jr.**
        **U.S. Magistrate Judge**
**Dated: May 15, 2007**