ORIGINAL

Yao..rel
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 15 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' MOTION** |
| vs. | ) | **TO RELEASE GRAND JURY** |
| | ) | **TRANSCRIPTS** |
| XIAN LONG YAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, William Gavras, of the testimony of the witnesses who appeared before the Grand Jury in this matter, and who may testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//
//
//

1  This motion is made for the reason that release of this document prior to the testimony of

2  the witnesses will expedite the timely conduct of the trial itself.

3  Respectfully submitted this __15th__ day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:   _Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

-2-