LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>XIAN LONG YAO,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00043<br><br>**GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning June 22, 2007.

RESPECTFULLY SUBMITTED this 15th day of June 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
     KARON V. JOHNSON
     Assistant United States Attorney