xianyao.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> XIAN LONG YAO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00043 <br><br> **UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 15th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Notice to Alien Ordered Removed/Departure Vertification | _____ | _____ |
| 2) | Fingerprint card taken June 14, 2007 | _____ | _____ |
| 3) | Report of fingerprint comparison by Julie Paulino | _____ | _____ |
| 4) | Certificate of Nonexistence of Records by Walter Haith | _____ | _____ |

File No: A75 252 190

Date: 22 July 2002

Alien's full name: YAO, XIAN LONG

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States:

- [x] for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

- [ ] for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

- [ ] for a period of 20 years from the date of your departure from the United States as a consequence of your having been found inadmissible and of your having been previously excluded, deported, or removed from the United States.

- [ ] at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Attorney General to reapply for admission into the United States. You must obtain such permission prior to commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service.

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____     D.E.O.     Hagatna, Guam
(Signature of officer serving warning)     (Title of officer)     (Location of INS office)

### Verification of Removal
(Complete this section for file copy only)

| Departure date | Port of departure | Manner of departure |
|---|---|---|
| 7/25/02 | AGA | ASIANA OZ 263 At 2:50 AM |
| Signature of verifying officer | | Title of officer: D.E.O. |

Photograph of alien removed

X YAO XIAN LONG
(Signature of alien whose fingerprint and photograph appear above)

Right index fingerprint of alien removed

(Signature of official taking fingerprint) (D.E.O.)

GOVERNMENT EXHIBIT 1

Form I-296 (Rev. 6-1-97)N



FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| SINGLE FINGERPRINT | DATE OF ARREST MM DD YY | ORI |
|---|---|---|
| SUBMISSION YES ☐ | | CONTRIBUTOR: GMINSAG00 USINS |
| ALIAS ACTIVE YES ☑ | 8/23/07 | ADDRESS: AGANA GUAM, GM |
| | | REPLY DESIRED? YES ☐ |

| NO. COPIES (LATER ORI) | DATE OF OFFENSE MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | 8/23/07 | | |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS AND AMPUTATIONS |
|---|---|

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|

| OFFICIAL TAKING FINGERPRINTS NAME OR NUMBER | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? YES ☐ |
|---|---|---|
| [signature] | | PALM PRINTS TAKEN? YES ☐ |

| EMPLOYER (IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY; IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.) | OCCUPATION |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| | 1. |
| | 2. |
| | 3. |

| ADDITIONAL | ADDITIONAL |
|---|---|

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|

FD-249 (REV. 5-11-99)  U.S. GOVERNMENT PRINTING OFFICE: 2003-496-135/80014

# GUAM POLICE DEPARTMENT
# LABORATORY REPORT

Page 1 of 1

| CLASSIFICATION  Re-Entry after Deportation | | | SEAL TYPE | ☐ Intact ☐ Broken ■ None |
|---|---|---|---|---|
| EVENT NUMBER  A75-252-190 | LAB NUMBER | LATENT PRINT NUMBER | DATE / TIME RECEIVED | 06/14/07  1110 hours |
| SUSPECT NAME(S)  Xian Long Yao | | VICTIM NAME(S) | | |
| SUBMITTING OFFICER / AGENT & I.D. NUMBER  S/A Michael Hernandez | | SUBMITTING AGENCY | ☐ GPD ■ Other | U.S. Immigration & Custom Enforcement |
| CONFISCATING OFFICER / AGENT & I.D. NUMBER | | CONFISCATING AGENCY | ☐ GPD | ☐ Other |

☐ DRUG    ☐ BLOOD    ☐ FIREARMS    ☐ LATENT PRINTS
☐ TOXICOLOGY    ☐ SEMEN    ☐ TOOL MARK    ☐ FIRE
■ OTHER (specify): Fingerprint Comparison

| ITEM NO. | DESCRIPTION |
|---|---|
| 1 | One (1) Notice to Alien Ordered Removed/Departure Verification Form I-296 dated 22 July 2002 with a right index fingerprint impression of alien removed, bearing the name Xian Long Yao with a departure date of 7/25/02. |
| 2 | One (1) criminal fingerprint card with fingerprint impressions bearing the name Xian Long Yao, Date of Birth: 8/24/66, Social Security Number: 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, dated 4/23/07. Contributor: GMINSAG00 USINS Agana, Guam, GM |

**TEST RESULTS / COMMENTS:**

The right index fingerprint impression on Item #1 and the right index fingerprint impression on Item #2 were examined and compared. The fingerprint impressions were identified to be the fingerprint impressions of the same individual.

Xian Long Yao
male, Date of Birth: 8/24/66
SSN: 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

GOVERNMENT EXHIBIT
3

| EXAMINED BY  Julie B. Paulino, #921, Fingerprint Examiner I | DATE  6/14/07 | APPROVED BY  Gilbert J. Mondia #491, Fingerprint Examiner |
|---|---|---|

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

Certificate of Nonexistence of Record

AGA-70/42.4

June 14, 2007

I, __Walter Haith__, certify to the following:

1. That I am the __Field Office Director__, Citizenship and Immigration Services, United States Department of Homeland Security, and by virtue of the authority contained in Section 475(b)(1) of the Homeland Security Act of 2002, Section 290(d) of the Immigration and Nationality Act and 8 CFR 103.7(d)(4), I am authorized to certify the nonexistence of an official Service record.

2. That Citizenship and Immigration Services maintains centralized records relating to immigrant aliens who entered the United States on or after June 30, 1924, to nonimmigrant aliens who entered on or after June 30, 1948, and a centralized index of all persons naturalized on or after September 27, 1906.

3. That I, or an agency employee acting at my direction, performed a search for records relating to the subject identified below. Specifically this office searched Deportable Alien Control System (DACS), Computer Linked Application Information Management System (CLAIMS), Central Index System (CIS), and National File Tracking Systems (NFTS).

4. That after a diligent search was performed in these database systems, no record was found to exist indicating that the subject listed below obtained consent at anytime prior to March 1, 2003, from the Attorney General of the United States, or at anytime after February 28, 2003 from the Secretary of the Department of Homeland Security, for re-admission in the United States in accordance with the 6 U.S.C. §§ 202(3) and (4) and U.S.C. § 557.

File No: __A075 252 190__
Subject: __Xian Long YAO__
Also known As (AKA): __None__
Born on: __August 24, 1966__
Country of Birth: __China__

_(signature)_
WALTER HAITH
Field Office Director
Agana Field Office

GOVERNMENT EXHIBIT 4