ORIGINAL

xianyao.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN 15 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, ) | |
| ) | **UNITED STATES' PROPOSED** |
| vs. ) | **WITNESS LIST** |
| ) | |
| XIAN LONG YAO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

1) Michael Hernandez
   Special Agent, Immigration & Customs Enforcement (ICE)

2) Julie Paulino
   Criminalist, Guam Police Department Crime Laboratory

3) Rodney Sayama
   Immigration Enforcement Agent, ICE

4) Walter Haith
   Field Office Director, Citizenship & Immigration Services, Guam Field Office

Respectfully submitted this  15th  day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney