# ORIGINAL

1  xianyao.ver

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

**FILED**

DISTRICT COURT OF GUAM

JUN 15 2007

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE DISTRICT OF GUAM
10

11

12  UNITED STATES OF AMERICA,　　　　)　　CRIMINAL CASE NO. 07-00043
                                     )
13  　　　　　　　Plaintiff,　　　　　)
                                     )
14  　　　　vs.　　　　　　　　　　　)　　**UNITED STATES'**
                                     )　　**[PROPOSED]**
15  　　　　　　　　　　　　　　　　)　　**VERDICT FORM**
    XIAN LONG YAO,　　　　　　　　　)
16  　　　　　　　　　　　　　　　　)
    　　　　　　　Defendant.　　　　)
17  _____)

18
　　　　COMES NOW the United States and provides the proposed Verdict Form for use concerning

19  XIAN LONG YAO.

20  　　　　Respectfully submitted this __15th__ day of June 2007.

21
　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
22  　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and NMI
23

24  　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　KARON V. JOHNSON
25  　　　　　　　　　　　　　　　Assistant U.S. Attorney

26

27

28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VERDICT FORM** |
| XIAN LONG YAO, | ) | |
| Defendant. | ) | |

---

## ILLEGAL REENTRY AFTER DEPORTATION

We, the Jury, in the above-entitled cause unanimously find the defendant, XIAN LONG YAO., in violation of Title 8, United States Code, Section 1326(a)(1), Illegal Reentry After Deportation:

      /   /    NOT GUILTY

      /   /    GUILTY

DATED this _____ of June 2007, at Hagatna, Guam.


_____

FOREPERSON