LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00043 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER RELEASING GRAND JURY TRANSCRIPTS** |
| XIAN LONG YAO, | ) |
| Defendant. | ) |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

So Ordered.

/s/ **Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Jun 15, 2007**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27