1

2
LEONARDO M. RAPADAS
3  United States Attorney
KARON V. JOHNSON
4  Assistant U.S. Attorneys
Suite 500, Sirena Plaza
5  108 Hernan Cortez Avenue
Hagatna, Guam  96910
6  Telephone:   (671) 472-7332
Telecopier:  (671) 472-7334
7
Attorneys for United States of America
8

9                    **IN THE UNITED STATES DISTRICT COURT**

10                         **FOR THE DISTRICT OF GUAM**

11  UNITED STATES OF AMERICA,            )        CRIMINAL CASE NO. 07-00043
                                          )
12                        Plaintiff,      )        **O R D E R**
                                          )
13            vs.                         )        **GOVERNMENT'S REQUEST FOR**
                                          )        **USE OF COURT'S EQUIPMENT**
14  XIAN LONG YAO,                        )
                                          )
15                        Defendant.      )
                                          )
16  ——————————————————————————————— )

17          The government's request for use of the court's equipment is **APPROVED AND SO**

18  **ORDERED**.

19

20                                             /s/ Frances M. Tydingco-Gatewood
                                                 **Chief Judge**
21                                             **Dated: Jun 15, 2007**

22

23

24

25

26

27