# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XIAN LONG YAO,<br><br>Defendant. | Criminal Case No. 07-00043<br><br><br>**ORDER** |

The trial in this matter is presently scheduled for Friday, June 22, 2007 at 9:30 a.m. However, due to the scheduling needs of the court, the trial is hereby rescheduled to Monday, June 25, 2007 at 10:00 a.m.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Jun 20, 2007**