# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-07-00043-001     DATE: June 25, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:08:26 - 10:30:20
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Xian Long Yao                 Attorney: William L. Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson             U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: None Present             U.S. Marshal: T. Muna / F. Taitague
Interpreter: Chung L. Harrell            Language: Mandarin

**PROCEEDINGS: Final Pretrial Conference / Jury Trial**
- Final Pretrial Conference conducted.
- Day No. 1 of trial.
- Jury admonished and instructed to report in at 8:00 a.m. tomorrow for jury selection.
- Trial continued to: June 26, 2007 at 9:00 a.m.

NOTES: