Yao.MLM

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 2 6 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES MOTION IN LIMINE** |
| XIAN LONG YAO, ) | |
| Defendant. ) | |

Pursuant to United States v. Dorrell, 758 F.2d 427 (9th Cir. 1985), the United States moves this Honorable Court for an order prohibiting the defendant from testifying that he will be prosecuted for having twins if he is sent back to China.

Defendant was deported from the United States in August, 2002. He entered Saipan August 24, 2004, and illegally entered the United States on a smuggling boat from Tinian on August 25, 2005. The boat landed 14 people at Ritidian Point.

The charge against him concerns this illegal entry. For the defense of necessity to apply, defendant would have to testify that he was forced to come to the United States in 2005, because

the *Saipan* government was going to prosecute him for having twins in China. This is patently absurd.

Accordingly, defendant should be barred from presenting the testimony proffered by his attorney in the memorandum of law filed June 25, 2007.

Respectfully submitted this 26th day of June, 2007.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and NMI
>
> By: _/s/ Karon V. Johnson_
> KARON V. JOHNSON
> Assistant U.S. Attorney