⇔AO89 (Rev. 7/95) Subpoena in a Criminal Case



**FILED**
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
FOR THE   DISTRICT OF   GUAM

UNITED STATES OF AMERICA

V.

XIAN LONG YAO

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-00043

TO: JULIE B. PAULINO
Fingerprint Examiner I

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court, District of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad AVenue<br>Hagatna, Guam 96910 | COURTROOM<br>4TH FLOOR |
|---|---|
| | DATE AND TIME<br>TUESDAY, JUNE 26, 2007<br>1:00 P.M. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>MARY L.M. MORAN, Clerk of Court<br>(By) Deputy Clerk *[signature]* | DATE<br>JUN 25 2007 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:<br>KARON V. JOHNSON, Assistant U.S. Attorney<br>Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave.,<br>Hagatna, Guam 96910  TEL: (671) 472-7332 | *[signature]* Karon V. Johnson |

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 6/26/07 | PLACE 108 Herman Cortez Ave Sirena Plaza Bldg. Hagatna, Guam |
| SERVED | DATE 6/26/07 | PLACE Guam Police Dept. Crime Lab Tiyan, GU |
| SERVED ON (PRINT NAME) Julie Paulino | | FEES AND MILEAGE TENDERED TO WITNESS  YES  (NO)  AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Rodney Sayama | | TITLE Immigration Enforcement Agent |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/26/07
            DATE                         SIGNATURE OF SERVER

106 Herman Cortez Ave., Sirena Plaza Bldg.
ADDRESS OF SERVER

Hagatna GU 96910

ADDITIONAL INFORMATION

