# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-07-00043-001 | DATE: June 26, 2007 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:06:42 - 10:53:00 |
| | 11:13:49 - 11:41:36 |
| | 12:40:17 - 2:17:01 |
| | 2:34:08 - 3:34:30 |
| | 3:48:49 - 4:20:20 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: <u>Xian Long Yao</u> | Attorney: <u>William L. Gavras</u> |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: Mike Hernandez, I.C.E. |
| U.S. Probation: None Present | U.S. Marshal: T. Muna / T. Padua / F. Taitague |
| Interpreter: Chung L. Harrell | Language: Mandarin |

**PROCEEDINGS:** Continued Jury Trial

- Day No. 2 of trial.
- Voir dire held.
- Jury empaneled and sworn.
- Opening statement by the <u>plaintiff and defendant</u>.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Government rested their case.
- Court and parties discuss proposed jury instructions .
- Closing Arguments and Jury Instructions set for: <u>June 27, 2007 at 9:00 a.m.</u>
- Jury admonished and instructed to report in at 8:30 a.m.

NOTES:

Defense counsel's oral Motion to Present a Necessity Defense was denied.

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | | **United States of America** | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| | | **v.** | | | |
| | | **Xian Long Yao** | | | Case Number: **CR-07-00043-001** |

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**WILLIAM L. GAVRAS** |
|---|---|---|
| HEARING DATE (S)<br>June 26, 2007 | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Walter Haith, called and sworn** |
| | | | | | | DX by Karon Johnson |
| | 4 | | 6/26/07 | 6/26/07 | 6/26/07 | Certificate of Nonexistence of Records by Walter Haith |
| | | | | | | 2:00 p.m. end DX |
| | | | | | | CX by Mr. Gavras |
| | 4 | | 6/26/07 | 6/26/07 | 6/26/07 | Certificate of Nonexistence of Records by Walter Haith |
| | | | | | | 2:12 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 2:15:06 End Re-DX; Witness excused |
| | | | | | | **2:17:01 - 2:34:08 Break** |
| | | | | | | **Michael Hernandez, called and sworn** |
| | | | | | | DX by Karon Johnson |
| | 1 | | 6/26/07 | 6/26/07 | 6/26/07 | Notice of Alien Ordered Removed/Departure Verification |
| | 2 | | 6/26/07 | 6/26/07 | | Fingerprint card taken June 14, 2007 |
| | | | | | | 3:00:48 End DX |
| | | | | | | CX by Mr. Gavras |
| | | | | | | 3:02:18 End CX; Witness excused |
| | | | | | | **Rodney Sayama, called and sworn** |
| | | | | | | DX by Karon Johnson |
| | 2 | | 6/26/07 | 6/26/07 | 6/26/07 | Fingerprint card taken June 14, 2007 |
| | | | | | | 3:06:28 End DX |
| | | | | | | No examination by Mr. Gavras; witness excused |
| | | | | | | **Julie Paulino, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | Ms. Johnson moved for witness to be qualified as an expert. |
| | | | | | | Objection by Mr. Gavras (voir dire conducted) |
| | | | | | | **Objection - Overruled. Witness qualified as an expert.** |
| | 3 | | 6/26/07 | 6/26/07 | 6/26/07 | Report of fingerprint comparison by Julie Paulino |
| | 5 | | 6/26/07 | 6/26/07 | 6/26/07 | Enlarged photo of Exhibit #1 (fingerprint portion) and #2 - mounted on cardboard |
| | | | | | | 3:29:24 End DX |
| | | | | | | CX by Mr. Gavras |
| | | | | | | 3:31 End CX |
| | | | | | | Court examined witness |
| | | | | | | Witness excused |
| | | | | | | 3:33:00 Government rested their case. |
| | | | | | | **4:20:20 End Day 2** |