# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-07-00043-001                DATE: June 27, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:06:21 - 9:29:41
                                                                      9:48:17 - 10:41:02
                                                                      1:42:13 - 2:13:15
                                                                      3:04:05 - 3:16:00
                                                                      3:24:02 - 3:26:41

CSO: F. Tenorio / L. Ogo

**APPEARANCES:**

Defendant: Xian Long Yao                    Attorney: William L. Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson         U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: None Present         U.S. Marshal: T. Muna / V. Roman / D. Punzalan
Interpreter: Chung L. Harrell        Language: Mandarin

**PROCEEDINGS: Jury Trial - Closing Arguments and Jury Instructions**
- Day No. 3 of trial.
- Ms. Johnson's oral motion for the admission of Exhibits 4a, 4b, 4c, and 4d was granted.
- Government and Defense rested their case.
- Closing Argument by the plaintiff and defendant.
- Jury charged by Court.
- Jury commence deliberation.
- Jury Deliberation continued to: June 28, 2007 at 8:00 a.m.
- Hearing Out of Jury Presence re Jury Note set for: June 28, 2007 at 8:30 a.m.

NOTES: