# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00043-001  DATE: June 28, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:06:01 - 9:14:00
                                             9:54:08 - 10:01:00
CSO: L. Ogo

**APPEARANCES:**
Defendant: Xian Long Yao  Attorney: William Gavras
☒ Present ☒ Custody ☐ Bond ☐ P.R.  ☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present  U.S. Marshal: V. Roman / G. Perez
Interpreter: Chung Harrell  Language: Mandarin

**PROCEEDINGS: Hearing Out of Jury Presence re Jury Note**
- Court and parties discuss the jury note received and stipulate to the written response back to the jury.

NOTES: