FILED
DISTRICT COURT OF GUAM
JUN 27 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00043-001 |
| Plaintiff, | |
| vs. | **JURY NOTE** |
| XIAN LONG YAO, | |
| Defendant. | |

WE, THE JURY: _HAVE NOT REACHED A UNANIMOUS_
_AGREEMENT ON A VERDICT:_
_GUILTY : 9_
_NOT GUILTY : 3_

Foreperson Initials: _OH_     Time Received by Court: _2:42 pm_

Dated: _Jun 27, 07_     Received By: _[signature]_

COURT'S RESPONSE: ① Will additional time assist you in reaching a unanimous verdict? NO 062707 3:27pm OH
② It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change your honest belief about the weight and effect of the evidence simply to reach a verdict.
6/27/07  GUILTY: 11,   062707 3:29pm OH
3:15pm   NOT GUILTY: 1

_Frances M. Tydingco-Gatewood_, Chief Judge
District Court of Guam