## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XIAN LONG YAO,<br><br>Defendant. | CRIMINAL CASE NO. 07-00043-001<br><br>**JURY NOTE** |

WE, THE JURY: I ~~[redacted]~~ Have an appointment with attorney Ceasar Cabot for my uncle's will at 4:pm May I Please Be Excused ~~[redacted]~~

Foreperson Initials: _____
Dated: 6/27/07
Time Received by Court: 3:25
Received By: Attorney @ 3:22pm

**COURT'S RESPONSE:** The Court will excuse the entire jury for the day. Please return tomorrow by 7:45am to begin deliberations at 8:00 a.m.

Date: 3:29pm
7/27/07

_____
Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam