

**FILED**
DISTRICT COURT OF GUAM

JUN 28 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**XIAN LONG YAO,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00043-001<br><br>**JURY NOTE** |

WE, THE JURY: _HAVE NOT REACHED AN UNANIMOUS VERDICT._

Foreperson Initials: _au_     Time Received by Court: _9:34 a.m._
Dated: _JUN 28, 07_           Received By: _[signature]_
_9:36 A.M._
COURT'S RESPONSE: _____

Date: _____

Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam