# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-07-00043-001                     DATE: June 28, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 11:40:31 - 11:51:20
CSO: D. Quinata / F. Tenorio

**APPEARANCES:**
Defendant: Xian Long Yao                      Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                  U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: None Present                  U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Chung Harrell                    Language: Mandarin

**PROCEEDINGS: Jury Trial - Continued Jury Deliberation**
- Day No. 4 of trial.
- Jury verdict: Guilty
- Jury Polled.
- Jury Discharged.
- Sentencing set for: October 9, 2007 at 9:00 a.m.
- Draft Presentence Report due to the parties: 8/29/2007
- Response to Presentence Report: 9/12/2007
- Final Presentence Report due to the Court: 9/19/2007
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: