

FILED
DISTRICT COURT OF GUAM
JUN 28 2007
MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XIAN LONG YAO,<br><br>Defendant. | Criminal Case No. 07-00043<br><br>**VERDICT FORM** |

**YOUR ANSWER TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.**

We, the Jury, in the above-entitled case unanimously find the Defendant, with respect to the charge of Illegal Reentry After Deportation in violation of Title 8, United States Code, Section 1326(a)(1):

_____ Not Guilty

_____X_____ Guilty

Dated: June 28, 2007.                                          _____
                                                                                       FOREPERSON