AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

v.

XIAN LONG YAO

TO: PAUL GRIFFITH
Drug Enforcement Administration

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-00043

**FILED**
DISTRICT COURT OF GUAM
JUL 02 2007
MARY L.M. MORAN
CLERK OF COURT

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court, District of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 969 | COURTROOM<br>4TH FLOOR |
|---|---|
| | DATE AND TIME<br>WEDNESDAY, JUNE 27, 2007<br>12:00 NOON |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>MARY L.M. MORAN, Clerk of Court<br>(By) Deputy Clerk | DATE<br>JUN 26 2007 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:<br>KARON V. JOHNSON, Assistant U.S. Attorney<br>Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave.<br>Hagatna, Guam 96910  TEL: (671) 472-7332 | |

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>YES   NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

**SUBPOENA NOT SERVED DUE TO WRONG CASE CAPTION. CORRECT TRIAL SUBPOENA PREPARED AND WILL BE SERVED BY CASE AGENT FROM DEA.**

**Dated: 6/26/07**       _____
                        KENNETH BOWMAN
                        Special Agent, DEA

