# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00043-001 |
| Plaintiff, | |
| vs. | **JURY NOTE** |
| XIAN LONG YAO, | |
| Defendant. | |

**WE, THE JURY:** I ~~[redacted]~~ Have an appointment with attorney Ceasar Cabot for my uncle's Will at 4:pm May I Please Be Excused ~~[redacted]~~

Foreperson Initials: _____    Time Received by Court: 3:25

Dated: 6/27/07    Received By: Attorney 3:22pm

**COURT'S RESPONSE:** The Court will excuse the entire jury for the day. Please return tomorrow by 7:45 am to begin deliberations at 8:00 a.m.

Date: 3:29 pm
7/27/07

Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam