IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| XIAN LONG YAO, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing hearing set for October 9, 2007 at 9:00am to October 30, 2007 at 9:00am. The continuance is necessary for the probation officer to complete the presentence investigation and report. Both parties have been appraised of the request and each have no objections to the continuation.

RESPECTFULLY SUBMITTED this 30th day of August, 2007.

              ROSSANNA VILLAGOMEZ-AGUON
              Acting Chief U.S. Probation Officer

      By:
              /s/ CHRISTOPHER J. DUENAS
              U.S. Probation Officer Specialist