IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00043 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| XIAN LONG YAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for October 9, 2007 is hereby rescheduled to October 30, 2007 at 9:00 a.m. The presentence report shall be provided to the parties no later than September 19, 2007. The parties shall file their responses to the presentence report no later than October 4, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than October 22, 2007.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Sep 05, 2007**