William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
XIAN LONG YAO



**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, | |
| vs. | DEFENDANT'S OBJECTIONS |
| XIAN LONG YAO, | TO PRESENTENCE REPORT |
| Defendant. | |

COMES NOW, Defendant, by and through his attorney of record, William L. Gavras, Esq., and hereby objects to the Presentence Report prepared by the U.S. Probation Office on the following points:

The Presentence Report indicates on the Identifying Data that the Defendant has a mole on his upper left lip. That mole has been removed and is no longer an identifying mark.

Part (C) paragraph 38 states that the Defendant did not say if he maintains contact with his family or provides support. The Defendant has maintained contact with his family and in fact has been sending money to support them.

ORIGINAL

USA v. Yao, Criminal Case No. 06-00016
Defendant's Objections to Presentence Report
October 2007

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: October 29, 2007.   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
XIAN LONG YAO

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States and U.S. Probation Attorney, a true and correct copy of this document on or before October 30, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: October 29, 2007   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
XIAN LONG YAO

2