# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00043-001                                   DATE: October 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 8:38:26 - 9:06:58 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Xian Long Yao | Attorney: William L. Gavras |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: M. Hernandez, I.C.E. |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan / G. Perez |
| Interpreter: Chung Harrell | Language: Mandarin |

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 190 days)</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral motion to release the original portions of the defendant's A-file submitted during trial and marked as an exhibit was granted. Court instructed the clerk to ensure that a copy of the originals were made prior to release.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: