William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
XIAN LONG YAO



FILED
DISTRICT COURT OF GUAM
NOV - 9 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00043 |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| XIAN LONG YAO, | ~~REQUEST FOR APPOINTMENT OF NEW COUNSEL~~ |
| Defendant. | |

NOTICE is hereby given that XIAN LONG YAO, Defendant, in the above name prosecution, hereby appeals to the Untied States Court of Appeals for the 9th Circuit from the sentence of final judgment entered in this action on the 30th day of October, 2007.

Counsel was appointed under the Criminal Justice Act and thus no filing fee is required.

Counsel asks that new counsel be appointed to represent Defendant on appeal as the attorney-client relationship has deteriorated.

**ORIGINAL**

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: November 9, 2007.   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
XIAN LONG YAO

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, a true and correct copy of this document on or before November 9, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: November 9, 2007   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
XIAN LONG YAO