

# District Court of Guam
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

November 9, 2007

JEANNE G. QUINATA
Clerk of Court

OFFICE OF THE CLERK
U. S. Court of Appeals
 for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

RE:  **CRIMINAL CASE NO. 07-00043**
     **USA vs Xian Long Yao**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X)  Certified copy of Notice of Appeal, **filed November 9, 2007**

(X)  Certified copy of Judgment, **filed November 5, 2007 - EOD 11/05/2007**

(X)  Certified copy of Docket Sheet

(X)  Notice of Appeal Notification Form

(X)  Order for Time Schedule

( )  Other

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc:   William L. Gavras          Karon Johnson

# NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **USA vs Yao**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Honorable Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-07-00043**
Date Complaint/Indictment/Petition Filed: **Indictment filed 4/25/2007**
Date Appealed order/judgment *entered*: **Judgment filed 11/5/2007 - EOD 11/5/2007**
Date NOA *filed*: **Notice of Appeal filed 11/9/2007**
Date(s) of Indictment **4/25/2007** Plea Hearing_____ Sentencing **10/30/2007**

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**                         Date Docket Fee Billed:_____
Date FP granted:_____                            Date FP denied:_____
Is FP pending? ☐ yes ☐ no                             Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **William L. Gavras, Esq.** | **Karon V. Johnson** |
| **Law Offices of William L. Gavras** | **Assistant U.S. Attorney** |
| **A Professional Corporation** | **Sirena Plaza, Suite 500** |
| **2nd Floor, J & R Building** | **108 Hernan Cortez Avenue** |
| **208 Route 4** | **Hagatna, Guam 96910** |
| **Hagatna, Guam 96910** | **karon_johnson@usdoj.gov** |
| **williamgavras@yahoo.com** | |

☐ retained   X CJA   ☐ FPD   ☐ Pro Se   ☐ Other____    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____             9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
marilyn_alcon@gud.uscourts.gov