UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

**FILED**

Please Fill Out Completely

NOV 19 2007

**CASE INFORMATION:**
Short Case Title: <u>USA vs Yao</u>
Court of Appeals No. (leave blank if a unassigned) **07-10547**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

U.S. District Court, Division & Judge Name: <u>District Court of Guam/Honorable Frances Tydingco-Gatewood</u>
Criminal and/or Civil Case No.: <u>CR-07-00043</u>
Date Complaint/Indictment/Petition Filed: <u>Indictment filed 4/25/2007</u>
Date Appealed order/judgment *entered*: <u>Judgment filed 11/5/2007 - EOD 11/5/2007</u>
Date NOA *filed*: <u>Notice of Appeal filed 11/9/2007</u>
Date(s) of Indictment <u>4/25/2007</u> Plea Hearing_____ Sentencing <u>10/30/2007</u>

COA Status (check one): ☐ granted in full (attach order)   ☐ denied in full (send record)
☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>Wanda M. Miles/(671) 472-8655</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**                    Date Docket Fee Billed:_____
Date FP granted:_____                        Date FP denied:_____
Is FP pending? ☐ yes ☐ no                        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                               Appellee Counsel:
**William L. Gavras, Esq.**                      **Karon V. Johnson**
**Law Offices of William L. Gavras**             **Assistant U.S. Attorney**
**A Professional Corporation**                   **Sirena Plaza, Suite 500**
**2nd Floor, J & R Building**                    **108 Hernan Cortez Avenue**
**208 Route 4**                                  **Hagatna, Guam 96910**
**Hagatna, Guam 96910**                          **karon_johnson@usdoj.gov**
**williamgavras@yahoo.com**

**RECEIVED**
NOV 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☐ retained   X CJA   ☐ FPD   ☐ Pro Se   ☐ Other_____    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                             Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____                          9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
marilyn_alcon@gud.uscourts.gov