# UNITED STATES DISTRICT COURT
# ~~CENTRAL~~ DISTRICT OF ~~CALIFORNIA~~ GUAM

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __07-10547__  U.S. District Court Case No. __CR-07-00043-FMT__

Short Case Title __United States v. Yao__

Date Notice of Appeal Filed by Clerk of District Court __November 9, 2007__

---

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| June 25, 2007 | Wanda Miles | Voir Dire |
| June 26, 2007 | Wanda Miles | Opening Statements |
| June 27, 2007 | Wanda Miles | Settlement Instructions |
| June 28, 2007 | Wanda Miles | Closing Arguments |
| October 30, 2007 | Wanda Miles | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

**FILED DISTRICT COURT OF GUAM DEC 2 8 2007**
**JEANNE G. QUINATA Clerk of Court**

\* please prepare voir dire, jury instructions and opening and closing arguments.
(attach additional page for designations, if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(XX) As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __December 27, 2007__

Type or Print Name __Richard D. Rome__

Signature of Attorney/Pro Per Litigant __Richard D. Rome__  Phone Number __818/994-8761__

Address: __7100 Hayvenhurst Avenue, Penthouse C, Van Nuys, CA 91406-3804__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 556-9800.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS**

(1) Pick up form from District Court Clerk's Office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper, if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies, if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.