# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

JAN 0 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA

V.

XIAN LONG YAO

**WARRANT FOR ARREST**

Case Number: CR-07-00043

**RECEIVED**
APR 25 2007
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ XIAN LONG YAO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Illegal Reentry - 6 USC §§202(3), 202(4) & 557, and 8 USC §1326(a)(1)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *signature* Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/25/2007  Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna, Guam

| DATE RECEIVED 04/25/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/26/2007 | INS | *signature* for INS |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____XIAN LONG YAO_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: