UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA )
               Plaintiff, )     USDC CR Cs. No. 07-00043-001
                              )
       vs. )     **REQUEST TO RELEASE**
                              )     **PRESENTENCE REPORT**
XIAN LONG YAO, )
               Defendant. )
_____ )

**Re:    Request to Release Pre-sentence Report**

      On February 5, 2008, the U.S. Probation Office received an e-mail letter from defendant's appellate attorney, which requested for a copy of the pre-sentence investigation report and any addendums for purpose of appeal of conviction.  A copy of the attorney's e-mail letter is attached.  The pre-sentence report and other material are protected from disclosure and may not be compelled except under circumstances, to include:  if there exists explicit authority to disclose such information; if the court determines there is demonstrated compelling need for disclosure; and if the court, at its discretion, authorizes such disclosure. The pre-sentence report and addendum may be pertinent to the defendant's appeal and the authority to release materials is respectfully requested.

                            Respectfully submitted,

                            ROSSANNA VILLAGOMEZ-AGUON
                            Chief U.S. Probation Officer

By        /s/ CHRISTOPHER J. DUENAS
                            U.S. Probation Officer Specialist