# RICHARD D. ROME
Attorney At Law
7100 Hayvenhurst Avenue, Penthouse Suite C
Van Nuys, California 91406

(818) 994-8761                                                    Fax (818) 994-1891

February 5, 2008

**Sent by Facsimile (671) 473-9202 & U.S. Mail**

U.S. Probation Office
District Court - Guam
2nd Floor, United States Courthouse
520 West Soledad Avenue
Hagatna, Guam  96910

Attn:  Ms. Rossanna Villagomez-Aguon
       Chief U.S. Probation Officer

Re:  United States v. Xian Long Yao
     CR-07-00043-FMT

Dear Ms. Villagomez-Aguon:

Our office has been appointed by the Ninth Circuit Court of Appeals to represent Mr. Xian Long Yao on his appeal from his recent criminal conviction. We are in need of his Presentence Report and any addendums. We have been advised by Mr. Christopher Duenas, USPO Specialist, to direct our request to you. The District Court Case No. is CR-07-00043 and the Court of Appeal Case No. is 07-10547.

A copy of our court appointment is enclosed. If you need further information, please advise. Thank you for your assistance in this regard.

Very truly yours,

[signature]

RICHARD D. ROME
Attorney at Law

RDR:djr
Enclosure

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT COUNSEL (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Xian Long Yao | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CR. 07-43 | 5. APPEALS DKT./DEF. NUMBER<br>07-10547 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Xian Long Yao | 8. PAYMENT CATEGORY<br>☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  ☒ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>Other: | 10. REPRESENTATION TYPE<br>(See Instructions) |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

6 U.S.C. § 202, 557; 8 U.S.C. § 1326

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS

Richard D. Rome
7100 Hayvenhurst Ave., Suite C
Van Nuys, CA 91406

Telephone Number: (818) 994-8761

**13. COURT ORDER**
☐ O  Appointing Counsel          ☐ C  Co-Counsel
☐ P  Subs For Federal Defender   ☐ R  Subs for Retained Atty.
☒ P  Subs For Panel Attorney     ☐ Y  Standby Counsel

Prior Attorney's Name: William Leon Gavras
Appointment Date: 04/27/2007

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
JAN 16 2008  Date of Order         12/21/2007 Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment  ☐ YES  ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| 16. a. Interview and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| 17. Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: _____ TO: _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**  ☐ Final Payment  ☐ Interim Payment Number _____  Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  Payment approved in excess of the statutory threshold amount | | | DATE | 34a. JUDGE CODE |