ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile:   (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.  07-00043-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| XIAN LONG YAO | ) | **ORDER** |
| Defendant. | ) | |

Pursuant to the Request filed on February 8, 2008 (Docket No. 59)  it is ordered that the U.S. Probation Office is authorized to release the pre-sentence investigation report and any amendments to the report to the defendant's appellate attorney, Mr. Richard D. Rome.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Feb 11, 2008**