# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | C.A. #07-10547 |
| ) | D.C. #CR-07-00043-FMT |
| - vs - ) | |
| ) | |
| XIAN LONG YAO, ) | CLERK'S CERTIFICATE |
| ) | OF TRANSMITTAL |
| Appellant. ) | |
| ) | |

**UNITED STATES OF AMERICA**
**DISTRICT COURT OF GUAM**

I, Jeanne G. Quinata, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 12th day of September, 2008.

JEANNE G. QUINATA
CLERK, DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | C.A. #07-10547 |
| | ) | D.C. #CR-07-00043-FMT |
| - vs - | ) | |
| | ) | |
| XIAN LONG YAO, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(Available on PACER)

REPORTER'S TRANSCRIPTS
(Doc #54, Doc #55, and Doc #56)

THE HONORABLE FRANCES M. TYDINGCO-GATEWOOD

<u>NAMES AND ADDRESSES OF ATTORNEYS OF RECORD</u>

Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam  96910

Richard D. Rome
7100 Hayvenhurst Avenue
Penthouse C
Van Nuys, CA 91406-3804

# District Court of Guam



4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

September 11, 2008

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California   94119-3939

Re:   C.A. No. 07-10547 - CR-07-00043-FMT
      U.S.A. - vs - Xian Long Yao

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(Available via PACER)**
- Reporter's Transcript  **(Doc #54, Doc #55, and Doc #56)**
- Docket Sheet

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures
**NOTE:  Please return documents when finished.  Please acknowledge receipt on attached letter.**